**LORI HARPER SUEK**
**JOSEPH E. THAGGARD**
**JOHN D. SULLIVAN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:    (406) 657-6101
FAX:     (406) 657-6989
E-mail:   Lori.Suek@usdoj.gov
         Joseph.Thaggard@usdoj.gov
         John.Sullivan2@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JESUS YEIZON DENIZ MENDOZA,**<br><br>Defendant. | CR 15-*93*-BLG-SPW<br><br>INDICTMENT<br><br>**FIRST DEGREE MURDER**<br>(Counts I and II)<br>Title 18 U.S.C. §§ 1152, and 1111<br>(Penalty: Mandatory life imprisonment, $250,000 fine, and five years supervised release)<br><br>**ASSAULT WITH INTENT TO COMMIT MURDER (Count III)**<br>Title 18 U.S.C. §§ 1152 and 113(a)(1)<br>(Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release) |

| | ASSAULT WITH A DANGEROUS WEAPON (Count IV) Title 18 U.S.C. §§ 1152 and 113(a)(3) (Penalty : Ten years imprisonment, $250,000 fine, and three years supervised release) |
| --- | --- |
| | ASSAULT RESULTING IN SERIOUS BODILY INJURY (Count V) Title 18 U.S.C. §§ 1152 and 113(a)(6) (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

On or about July 29, 2015, on Pryor Gap Road, in the State and District of Montana, and within the boundaries of the Crow Indian Reservation, being Indian Country, the defendant, JESUS YEIZON DENIZ MENDOZA, unlawfully killed T.S., an Indian person, with malice aforethought and premeditation, in violation of 18 U.S.C. §§ 1152 and 1111.

## COUNT II

On or about July 29, 2015, on Pryor Gap Road, in the State and District of Montana, and within the boundaries of the Crow Indian Reservation, being Indian Country, the defendant, JESUS YEIZON DENIZ MENDOZA, knowingly and unlawfully killed J.S., an Indian person, with malice aforethought and premeditation, in violation of 18 U.S.C. §§ 1152 and 1111.

2

## COUNT III

On or about July 29, 2015, on Pryor Gap Road, in the State and District of

Montana, and within the boundaries of the Crow Indian Reservation, being Indian

Country, the defendant, JESUS YEIZON DENIZ MENDOZA, intentionally

assaulted J.B.S., an Indian person, with the intent to commit murder, in violation of

18 U.S.C. §§ 1152 and 113(a)(1).

## COUNT IV

On or about July 29, 2015, on Pryor Gap Road, in the State and District of

Montana, and within the boundaries of the Crow Indian Reservation, being Indian

Country, the defendant, JESUS YEIZON DENIZ MENDOZA, intentionally

assaulted J.B.S., an Indian person, with a dangerous weapon, a rifle, with the intent

to commit bodily harm, in violation of 18 U.S.C. §§ 1152 and 113(a)(3).

## COUNT V

On or about July 29, 2015, on Pryor Gap Road, in the State and District of

Montana, and within the boundaries of the Crow Indian Reservation, being Indian

Country, the defendant, JESUS YEIZON DENIZ MENDOZA, intentionally

assaulted J.B.S., an Indian person, resulting in serious bodily injury, in violation of

18 U.S.C. §§ 1152 and 113(a)(6).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney

for _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: _____
Bail: _____

In federal custody

4