DAVID A. MERCHANT II
Assistant Federal Defender
Federal Defenders of Montana
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
david_merchant@fd.org
     Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS YEIZON DENIZ MENDOZA,<br><br>Defendant. | Case No. CR-15-93-BLG-SPW<br><br>**NOTICE OF DEFENDANT'S MENTAL HEALTH STATUS** |
|---|---|

NOTICE IS HEREBY GIVEN that Defendant, Jesus Yeizon Deniz Mendoza, by and through his Counsel David A. Merchant, II, Assistant Federal Defender, and the Federal Defenders of Montana, has not yet had a mental health evaluation.

RESPECTFULLY SUBMITTED this 6th day of October, 2015.

                    /s/ David A. Merchant II
                    DAVID A. MERCHANT II
                    Assistant Federal Defender
                        Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on October 6, 2015, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| __3__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. LORI HARPER SUEK
   JOHN D. SULLIVAN
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
       Counsel for the United States of America

   JOSEPH E. THAGGARD
   Assistant United States Attorney
   United States Attorney's Office
   901 Front Street, Suite 1100
   Helena, MT 59626
       Counsel for the United States of America

3. JESUS YEIZON DENIZ MENDOZA
   Defendant

/s/ David A. Merchant, II
DAVID A. MERCHANT II
Assistant Federal Defender
Counsel for Defendant