**LORI HARPER SUEK**
**JOSEPH E. THAGGARD**
**JOHN D. SULLIVAN**
Assistant United States Attorneys
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:      (406) 657-6101
FAX:         (406) 657-6058
Email:       Lori.Suek@usdoj.gov
                 Joseph.Thaggard@usdoj.gov
                 John.Sullivan2@usdoj.gov

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| UNITED STATES OF AMERICA, | CR 15-93-BLG-SPW |
|---|---|
| Plaintiff, | **STIPULATION REGARDING LITIGATION SCHEDULE** |
| vs. | |
| JESUS YEIZON DENIZ MENDOZA, | |
| Defendant. | |

On November 20, 2015, counsel for the parties had a lengthy discussion regarding scheduling in this matter in light of the prehearing memorandum the

1

government filed with the Court on November 19, 2015. In light of the conference, the parties stipulate and agree to recommend that the Court enter a scheduling order with the following deadlines:

1. On or before May 2, 2016, for the defendant to meet with the United States Attorney to provide any information and argument to the United States Attorney regarding why the death penalty should not be sought in this case;

2. On or before May 9, 2016, for the defendant to meet with the Attorney General's Review Committee to present any information and argument why the death penalty should not be sought in this case;

3. On or before July 1, 2016, for the filing of the notice, under 18 U.S.C. § 3593, that the United States intends to seek the death penalty, if that is in fact the decision made by the Attorney General;

4. A trial date of September 6, 2016, if the United States does not give notice that it intends to seek the death penalty. The Court will also set pretrial deadlines to precede the trial consistent with those it sets in all other criminal cases; and

5. If the Attorney General gives notice of the government's intention to seek the death penalty, the Court will vacate the trial date of September 6, 2016, and all associated deadlines. Within ten calendar days of the filing of such a notice, the parties will advise the Court of the anticipated duration of the trial (including the penalty phase) and an appropriate date on which to commence the trial along with

deadlines for the filing of pre-trial motions and any hearings that may be required. Thereafter, the court can set a different trial date, along with appropriate pretrial deadlines.

DATED this 23rd day of November, 2015.


*/s/ Lori Harper Suek*
LORI HARPER SUEK
Assistant U.S. Attorney


*/s/ David A. Merchant II*
DAVID A. MERCHANT, II
Attorney for the Defendant