

FILED
JAN 20 2016
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-93-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | PROTECTIVE ORDER |
| JESUS YEIZON DENIZ MENDOZA, | |
| Defendant. | |

Defendant Mendoza has moved the Court to issue a protective order regarding his jail visitation records and correspondence. (Doc. 56). The basis for Mendoza's motion is that the visitation records and correspondence will reveal to the government the identity and type of experts involved in his case. (*Id.* at 2-9).

The government objects that Mendoza's motion is too broad, protecting the identity of all of Mendoza's visitors and limiting the government's review of all of his correspondence. (Doc. 58 at 2-3). The government suggests a compromise wherein the defense may provide the government's attorneys with Mendoza's visitor logs after the defense has redacted the names of any defense experts and the dates of their visits. The Court finds this compromise adequate to protect Mendoza's rights and grants Mendoza's motion in accordance with this

compromise.

The government also accurately notes that policies are currently in place which protect Mendoza's legal mail from the government. Certainly any expert materials that are sent to Mendoza may be sent through his counsel. Mendoza's personal correspondence is not afforded the same protections, so his motion with respect to correspondence is denied.

Accordingly, IT IS HEREBY ORDERED:

1. The government is prohibited from collecting, reviewing, or learning the information contained in Mendoza's visitor logs at any facility he is incarcerated during the pendency of this case.

2. Upon the government's request, Mendoza's counsel will obtain any and all visitor logs from any facility where Mendoza has previously been or is currently incarcerated, redact all defense experts and the dates of their visits, and produce the list to the government.

3. All facilities where Mendoza is incarcerated during the pendency of this case are prohibited from disclosing visitor logs to the government.

DATED this _19_th day of January 2016.

SUSAN P. WATTERS
United States District Judge